28,594-21

W07-55832-S (D)

Ex parte § In the Court of Criminal Appeals

Arthur Roy Morrison § Travis County Texas

Petitioner §

Motion For Rehearing

TO The Court of Criminal Appeals:

Take notice Petitioner moves this court for rehearing on denial of evidentary hearing, evidentary interogatories, vacation of the pair of foist fraudulent judgments.

See Due Process Clause of the 14 amend..

Prayer

Petitioner prays for vacation of the two fraudulent judgments evidentary hearing discovery of who fabricated said judgment inter alia.

Prayed,

Arthur Roy Morrison

19 Mar 15

Service

Trial ct. was mailed a copy.

19 Mar 15

Arthur Roy Morrison

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 4-2-15
BY: P.C.